# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

In re:

|  |  |
|---|---|
| SADA GUTHRIDGE, *pro se*, | Case No. 20-41840 |
|  | Chapter 7 |
| Debtor. | |
| _____/ | Judge Thomas J. Tucker |

SADA GUTHRIDGE, *pro se*,

          Plaintiff,

vs.                                   Adv. Pro. No. 20-4068

UNITED STATES DEPARTMENT
OF EDUCATION,

          Defendant.
_____/

## ORDER DENYING, WITHOUT PREJUDICE, DEFENDANT'S MOTION FOR ORDER TO SHOW CAUSE

On July 28, 2020, the Defendant filed a motion seeking an order to show cause why this adversary proceeding should not be dismissed (Docket # 28, the "Motion").

There is no procedure under the Federal Rules of Bankruptcy Procedure or local bankruptcy rules for a party to move for an order to show cause. If the Defendant wishes to seek dismissal of this adversary proceeding due to the Plaintiff's failure to comply with the Court's discovery order, the Defendant may file a motion seeking such relief, or may file a motion for an order holding the Plaintiff in contempt and for contempt-related relief. Any such motion(s) must comply with E.D. Mich. LBR 9014-1.

Accordingly,

IT IS ORDERED that the Motion (Docket # 28) is denied, without prejudice to the

Defendant's right to file a motion that is not inconsistent with this Order.

**Signed on August 17, 2020**



/s/ **Thomas J. Tucker**

**Thomas J. Tucker**
**United States Bankruptcy Judge**